WHITESIDE ESTATES, INC. v. HIGHLANDS COVE, L.L.C.

No. 657P01

Case below: 146 N.C. App. 449

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 October 2002.